■ MUJO ODOBASIC, Appellant, v ROBERT WILLIAMS, Respondent. — Appeal from an order of the Supreme Court, Kings County (Vaccaro, J.), entered April 7, 1983, dismissed. Said order was superseded by an order of the same court

dated May 5, 1983, which was made upon reargument. ¶ Order dated May 5, 1983, affirmed, insofar as appealed from. No opinion. ¶ Defendant is awarded one bill of costs. Mollen, P. J., Titone, Weinstein and Rubin, JJ., concur.